THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMOSKEAG SAVINGS BANK OF MANCHESTER, NEW HAMPSHIRE, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Amoskeag Savings Bank* v. *Purdy,* 134 App. Div. 966, affirmed.
(Submitted February 8, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1909, which affirmed an order of Special Term dismissing a writ of certiorari and confirming the proceedings of defendants in assessing for purposes of taxation certain

shares of stock of banks located in the county of New York owned by the relator.

*John O. Heald* for appellant.

*Archibald R. Watson,* Corporation Counsel (*William H. King* of counsel), for respondents.

Order affirmed, with costs, on the authority of *People ex rel. Bridgeport Savings Bank* v. *Feitner* (191 N. Y. 88); no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.